JACOBUS-GRAUWMILLER CO., as Owner of the Scow Luke, Libelant Appellee, v. Steamer ALEXANDER HAMILTON, Respondent Appellant, and Cornell Steamboat Company, Respondent-Appellee.

Circuit Court of Appeals, Second Circuit. May 11, 1927.

No. 347.

Appeal from the District Court of the United States for the Eastern District of New York.

Hatch & Wolfe, of New York City (Carver W. Wolfe, of New York City, of counsel), for appellant.

Kirlin, Woolsey, Campbell, Hickok & Keating, of New York City (Robert S. Erskine and Henry P. Elliott, both of New York City, of counsel), for respondent appellee.

Alexander & Ash, of New York City (Edward Ash, of New York City, of counsel), for libelant appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed in open court.